
By Tammie Brooks on Aug 31, 2010

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**


Aug 16, 2010



**IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION**   MDL No. 1905

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-55)**

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 590 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel


Aug 31, 2010

(365)

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION            MDL No. 1905

SCHEDULE CTO-55 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

ARKANSAS EASTERN
ARE 4  10-1023               Helen Buzan, etc. v. Medtronic, Inc., et al.  10-3808  RHK/JSM

ILLINOIS NORTHERN
ILN 1  10-4228               Patrick Downie v. Medtronic, Inc., et al.  10-3809  RHK/JSM

KANSAS
KS 2  10-2396                Beverly Love v. Medtronic, Inc., et al.  10-3810  RHK/JSM

KENTUCKY WESTERN
KYW 3  10-486                Robert Beatty v. Medtronic, Inc.  10-3811  RHK/JSM

NEBRASKA
NE 8  10-259                 Ed P. McGill v. Medtronic, Inc., et al.  10-3812  RHK/JSM

NEW YORK EASTERN
NYE 2  10-1625               Diane Mastillone, et al. v. Medtronic, Inc., et al.  10-3813  RHK/JSM